■ The People Of The State Of New York, Respondent, v. Theodore R. Barnes, Appellant.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.